IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-01900-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,000.00 IN UNITED STATES CURRENCY, and
$1,436.29 IN UNITED STATES CURRENCY,

    Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture (ECF No. 12) as to defendant property.   I find that the motion is **GRANTED** and FIND as follows:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to defendant assets as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on October 17, 2014. (ECF No. 11).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant assets, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.   It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant $5,000.00 in United States currency and defendant $1,436.29 in United States currency;

THAT the Clerk of Court shall be directed to enter Judgment as to defendant $5,000.00 in United States currency and defendant $1,436.29 in United States currency;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant $5,000.00 in United States currency and defendant $1,436.29 in United States currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to defendant $5,000.00 in United States currency and defendant $1,436.29 in United States currency and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant $5,000.00 in United States currency and defendant $1,436.29 in United States currency under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant $5,000.00 in United States currency and defendant $1,436.29 in United States currency.

Dated:   February 2, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE